HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUGHING RABBIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> AGC ENTERPRISES, LLC, <br><br> Defendant. | CASE NO. C12-1750 RAJ <br><br> ORDER |

This matter comes before the court on plaintiff Laughing Rabbit, Inc.'s motion for default judgment against defendant AGC Enterprises, LLC. Dkt. # 10. Plaintiff seeks to enjoin defendant from any future making, using or selling "bonus LED flashlights" shown in Exhibit C to the Complaint as well as any LED flashlights substantively similar to Plaintiff Laughing Rabbit, Inc.'s product configuration shown in Exhibit E to the Complaint for the term of the Trademark Registration. *See* Dkt. # 10-2 at 2 (proposed order). Plaintiff dismisses with prejudice all other claims for relief in the complaint pursuant to Rule 41(a). Fed. R. Civ. Proc. 41(a).

Plaintiff filed its complaint for patent and trademark infringement and unfair competition on October 9, 2012. Dkt. # 1. On January 20, 2013, plaintiff served defendant with the summons and complaint. Dkt. # 6-1 at 12. Defendant has not

1 | appeared or otherwise defended in this action.  On April 25, 2013, the clerk entered
2 | default against defendant.  Dkt. # 9.
3 |     For all the foregoing reasons, the court GRANTS plaintiff's motion for default
4 | judgment.  Dkt. # 10.
5 |     Dated this 16th day of August, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2